# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| NAKISHA JACKSON | CIVIL ACTION NO. 20-1634 |
| VERSUS | CHIEF JUDGE HICKS |
| 1ST JUDICIAL DISTRICT COURT, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Judge Roy Brun, the First Judicial District Court, Caddo Parish Jail/Caddo Correctional Center, Angelique Frell, Agent Charles Ladado, and Detective Karum are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

The Clerk of Court is instructed to close this case.

**IT IS FURTHER ORDERED** that the Clerk of Court decline to accept and file any civil complaint submitted pro se by Nakisha Jackson unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of April, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT